Kevin S. Sinclair, Esq., Nevada Bar No. 12277
 *ksinclair@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
 *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-2,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al.<br><br>Defendants. | Case No.: 3:19-cv-00468-MMD-WGC<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT FIDELITY NATIONAL TITLE INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-2 ("Deutsche") and defendant Fidelity National Title Insurance Company ("Fidelity"), by and through their counsel of record, hereby stipulate as follows:

**WHEREAS**, Deutsche filed its complaint in this matter on August 9, 2019 (ECF No. 1);

**WHEREAS**, Deutsche served the complaint upon Defendants on September 25, 2019;

**WHEREAS**, Fidelity's response to the complaint is due October 16, 2019;

**WHEREAS**, Deutsche has agreed to extend Fidelity's time to respond to the complaint to October 30, 2019; and

**WHEREAS**, this is the first stipulation for an extension of Fidelity's time to respond to the complaint.

1

515027.1

Now, therefore, the parties hereto, by and through their counsel of record, hereby stipulate and agree as follows:

1. Defendants shall file their response to the complaint on or before <u>October 30, 2019</u>.
2. Defendants intend to preserve their right and do not expressly waive any and all defenses listed in Fed. R. Civ. P. 12(b), including with respect to whether they are subject to personal jurisdiction in this forum.

Dated this 15th day of October 2019

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP

By: */s/--Kevin S. Sinclair*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
Sophia S. Lau, Esq.
Nevada Bar No. 13365
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148

Attorneys for Fidelity National Title Insurance Company

Dated this 15th day of October 2019

WRIGHT, FINLAY & ZAK, LLP

By: */s/--Lindsay D. Robbins*
Matthew S. Carter, Esq.
Nevada Bar No. 9524
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-2

**ORDER**

**IT IS SO ORDERED:**

Dated: October 16, 2019

By: *William G. Cobb*
WILLIAM G. COBB
U.S. MAGISTRATE JUDGE



515027.1

2