# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-2,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY and LAWYERS TITLE INSURANCE CORPORATION,<br><br>Defendants. | Case No.: 3:19-cv-00468-MMD-WGC<br><br>**ORDER RE:**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS [ECF No. 11]**<br><br>**[Second Request]** |

Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-2 ("Deutsche Bank"), and Defendant, Fidelity National Title Insurance Company ("Fidelity"), by and through their respective attorneys of records, hereby agree and stipulate as follows.

1. On November 13, 2019, Fidelity filed a Motion to Dismiss [ECF No. 11];
2. On November 25, 2019, the first Stipulation and Order to Extend Time to Respond to Defendant's Motion to Dismiss was filed [ECF No. 14];

3. On November 26, 2019, and Minute Order was filed by this Court granting the Stipulation and Order to Extend Time to Respond to Defendant's Motion to Dismiss;

4. Deutsche Bank's response to Fidelity's Motion is due December 27, 2019;

5. Deutsche Bank's counsel is requesting an additional seven (7) days to file its response to Fidelity's Motion, and thus requests up to January 3, 2020, to file its Opposition;

6. This extension is requested as Counsel for Deutsche Bank will be out of the office due to the upcoming holidays and needs additional time to review and respond to the points and authorities cited to in Fidelity's Motion.

7. Counsel for Fidelity does not oppose the extension;

8. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 23rd day of December, 2019. | DATED this 23rd day of December, 2019. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| /s/ Lindsay D. Robbins<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-2* | /s/ Sophia S. Lau<br>Kevin S. Sinclair, Esq.<br>Nevada bar No. 12277<br>Sophia S. Lau, Esq.,<br>Nevada Bar No. 13365<br>8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant, Fidelity National Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this 26th day of December 2019.

_____
UNITED STATES DISTRICT COURT JUDGE