1  WRIGHT, FINLAY & ZAK, LLP
   Christina V. Miller, Esq.
2  Nevada Bar No. 12448
   Lindsay D. Robbins, Esq.
3  Nevada Bar No. 13474
4  7785 W. Sahara Ave., Suite 200
   Las Vegas, NV 89117
5  (702) 475-7964; Fax: (702) 946-1345
6  lrobbins@wrightlegal.net
   *Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee for*
7  *American Home Mortgage Investment Trust 2007-2*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-2,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY and LAWYERS TITLE INSURANCE CORPORATION,<br><br>Defendants. | Case No.: 3:19-cv-00468-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS [ECF No. 11]**<br><br>**[Third Request]** |

Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-2 ("Deutsche Bank"), and Defendant, Fidelity National Title Insurance Company ("Fidelity"), by and through their respective attorneys of records, hereby agree and stipulate as follows.

1. On November 13, 2019, Fidelity filed a Motion to Dismiss [ECF No. 11];

2. On November 25, 2019, the first Stipulation and Order to Extend Time to Respond to Defendant's Motion to Dismiss was filed [ECF No. 14];

3. On November 26, 2019, a Minute Order was filed by this Court granting the Stipulation and Order to Extend Time to Respond to Defendant's Motion to Dismiss [ECF No. 16];

4. On December 23, 2019, the second Stipulation and Order to Extend Time to Respond to Defendant's Motion to Dismiss was filed due to the upcoming holidays [ECF No. 17];

5. On December 27, 2019, a Minute Order was filed by this Court granting the Stipulation and Order to Extend Time to Respond to Defendant's Motion to Dismiss [ECF No. 18];

6. Deutsche Bank's response to Fidelity's Motion is due January 3, 2020;

7. Deutsche Bank's counsel is requesting a brief extension until Monday, January 6, 2020 to file its response to Fidelity's Motion due to unforeseen technical issues which renders it impossible for Deutsche Bank to file its Response by the current deadline.

8. Counsel for Fidelity does not oppose the extension;

/ / /

/ / /

/ / /

/ / /

9. This is the third request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 3rd day of January, 2020. | DATED this 3rd day of January, 2020. |
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| */s/ Lindsay D. Robbins*<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-2* | */s/ Sophia S. Lau*<br>Sophia S. Lau, Esq.,<br>Nevada Bar No. 13365<br>8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant, Fidelity National Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this __6th__ day of __January__, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE