1  Kevin S. Sinclair, Esq., Nevada Bar No. 12277
    *ksinclair@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
    *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
    GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
   Attorneys for Defendant
7  FIDELITY NATIONAL TITLE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No.: 3:19-cv-00468-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-2 ("Deutsche Bank"), and Defendant, Fidelity National Title Insurance Company ("Fidelity"), by and through their respective attorneys of records, hereby agree and stipulate as follows.

1.     On November 13, 2019, Fidelity filed a motion to dismiss Deutsche Bank's complaint [ECF No. 11];

2.     On November 26, 2019, the Court granted the parties' first stipulation to extend Deutsche Bank's deadline to respond [ECF No. 16];

3.     On December 27, 2019, Court granted the parties' second stipulation to extend Deutsche Bank's deadline to respond [ECF No. 18];

4.     On January 6, 2020, the Court granted the parties' third stipulation to extend Deutsche Bank's deadline to respond [ECF No. 24];



1
**STIPULATION AND ORDER**
531308.2

5. Deutsche Bank filed its response in opposition to Fidelity's motion to dismiss on January 6, 2020 [ECF No. 23.]

6. Fidelity's reply to Deutsche Bank's response in opposition to Fidelity's motion to dismiss is due January 13, 2020;

7. Fidelity's counsel is requesting a two-week extension until Monday, January 27, 2020 to file its reply to Deutsche Bank's response in opposition to Fidelity's motion to dismiss to accommodate various scheduling conflicts for Fidelity's counsel and to afford Fidelity's counsel additional time to review and respond to Deutsche Bank's points and authorities in opposition to the motion to dismiss;

8. Counsel for Deutsche Bank does not oppose the extension;

9. This is the first request for an extension made by counsel for Fidelity which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED** that Fidelity's reply to Deutsche Bank's response in opposition to Fidelity's motion to dismiss shall be due on Monday, January 27, 2020.

| DATED this 9th day of January, 2020. | DATED this 9th day of January, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| */s/--Lindsay D. Robbins*<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-2* | */s/-Kevin S. Sinclai*<br>Kevin S. Sinclair, Esq.<br>Nevada bar No. 12277<br>Sophia S. Lau, Esq.,<br>Nevada Bar No. 13365<br>8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant, Fidelity National Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this  9th   day of  January       , 2020.

_____
UNITED STATES DISTRICT COURT JUDGE


531308.2