WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-2,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY and LAWYERS TITLE INSURANCE CORPORATION,<br><br>Defendants. | Case No.: 3:19-cv-00468-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO FILE AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to the Court's Minute Order dated November 19, 2021, Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006-HE7 ("Deutsche Bank") was granted leave to amend its Complaint within fifteen days of the Minute Order, setting a deadline of December 4, 2021 for Deutsche Bank to file its Amended Complaint [ECF No. 42]. Due to the recent Thanksgiving holiday, Deutsche Bank requests a brief six-day extension until December 10, 2021 to file its Amended Complaint. Counsel for Defendants does not oppose the request for an extension.

Accordingly, the Parties stipulate and agree to an extension of time for Deutsche Bank to file its Amended Complaint through and including December 10, 2021. This is the parties first request for an extension, which is made in good faith and not for the purpose of undue delay or to prejudice any party.

**IT IS SO STIPULATED.**

DATED this 2nd day of December, 2021.                    DATED this 2nd day of December, 2021.

WRIGHT, FINLAY & ZAK, LLP                                EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

*/s/ Lindsay D. Dragon, Esq.*                            */s/ Sophia S. Lau, Esq.*
Lindsay D. Dragon, Esq.                                  Scott E. Gizer, Esq.
Nevada Bar No. 13474                                     Nevada Bar No. 12216
7785 W. Sahara Ave., Suite 200                           Sophia S. Lau, Esq.
Las Vegas, NV 89117                                      Nevada Bar No. 13365
*Attorneys for Plaintiff, Deutsche Bank*                 8716 Spanish Ridge Avenue, Suite 105
*National Trust Company, as Indenture*                   Las Vegas, Nevada 89148
*Trustee for American Home Mortgage*                     *Attorneys for Defendants, Fidelity*
*Investment Trust 2007-2*                                *National Title Insurance Company and*
                                                         *Lawyers Title Insurance Corporation*

**IT IS SO ORDERED.**

DATED this __2nd__ day of __December__, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE