WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-2*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-2,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.:  3:19-cv-00468-MMD-CSD<br><br><br>**AMENDED STIPULATION AND ORDER TO STAY DISCOVERY PENDING RULING ON DISPOSITIVE MOTIONS [ECF Nos. 48, 51, and 59]** |

Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-2 ("Deutsche Bank") and Defendant, Fidelity National Title Insurance Company ("Fidelity" and with Deutsche Bank, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on December 10, 2021, Deutsche Bank filed its First Amended Complaint in the instant action [ECF No. 46];

**WHEREAS**, on December 23, 2021, Fidelity filed its Motion to Dismiss Deutsche Bank's First Amended Complaint [ECF No. 48];

**WHEREAS**, the Motion to Dismiss has been fully briefed and is pending the Court's decision [ECF Nos. 50, 53];

**WHEREAS**, on January 6, 2022, Deutsche Bank filed a Motion for Partial Summary Judgment [ECF No. 51];

**WHEREAS**, on January 27, 2022, Fidelity filed an Opposition to Deutsche Bank's Motion for Summary Judgment [ECF No. 57], as well as a Countermotion for Partial Summary Judgment [ECF No. 59];

**WHEREAS**, both Motions for Summary Judgment are fully briefed and pending the Court's decision [ECF Nos. 65, 67, 70];

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1.  In the interests of judicial economy, the Parties stipulate and agree that discovery in this case shall be **STAYED** pending the Court's decision on the pending dispositive motions [ECF Nos. 48, 51 and 59];

2.  The Scheduling Order [ECF No. 63] is hereby **VACATED**;

3.  Nothing contained in this stipulation will affect any pending dispositive motions or prevent the Parties from filing any dispositive motions.

4.  Each of the Parties may request a further Fed R. Civ. P. 26(f) conference at any time 180 days after the order granting this Stipulation.

5.  By entering into this Stipulation, none of the Parties is waiving its right to subsequently move the Court for an order lifting the stay in this action.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6. In the event the dispositive motions are denied, the Parties will submit a proposed discovery plan within thirty (30) days of the Court's Order.

**IT IS SO STIPULATED.**

DATED this 22nd day of April, 2022.                    DATED this 22nd day of April, 2022.

WRIGHT, FINLAY & ZAK, LLP                          EARLY SULLIVAN WRIGHT
                                                                       GIZER & McRAE LLP

*/s/ Lindsay D. Dragon*                                   */s/ Sophia S. Lau*
Lindsay D. Dragon, Esq.                               Sophia S. Lau, Esq.
Nevada Bar No. 13474                                  Nevada Bar No. 13365
7785 W. Sahara Ave., Suite 200                    8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89117                                   Las Vegas, Nevada 89148
*Attorneys for Plaintiff*                                   *Attorney for Defendant*

**IT IS SO ORDERED.**

Dated this __25th__ day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE