# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>　　　　　　　　　Defendant. | 3:19-cv-00468-MMD-CSD<br><br>**ORDER** |

Pursuant to the court's telephonic status conference scheduled on **Monday, October 31, 2022, at 9:30 a.m.** (ECF No. 80), the parties shall meet and confer and file a proposed Discovery Plan and Scheduling Order on or before close of business on **Thursday, October 27, 2022**.

**IT IS SO ORDERED.**

DATED: October 11, 2022.

_____
UNITED STATES MAGISTRATE JUDGE