1  WRIGHT, FINLAY & ZAK, LLP
   Darren T. Brenner, Esq.
2  Nevada Bar No. 8386
   Lindsay D. Dragon, Esq.
3  Nevada Bar No. 13474
4  7785 W. Sahara Ave., Suite 200
   Las Vegas, NV 89117
5  (702) 475-7964; Fax: (702) 946-1345
   dbrenner@wrightlegal.net
6  ldragon@wrightlegal.net
7  *Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-2*

8
                     **UNITED STATES DISTRICT COURT**
9                         **DISTRICT OF NEVADA**

10
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-2, | Case No.: 3:19-cv-00468-MMD-CSD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |
| vs. | |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, | |
| Defendant. | |

   PLEASE TAKE NOTICE that Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-2 and Defendant, Fidelity National Title Insurance Company (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed WITH PREJUDICE, with each party to bear its own fees and costs.

DATED this 31st day of October, 2023.                    DATED this 31st day of October, 2023.

WRIGHT, FINLAY & ZAK, LLP                                EARLY SULLIVAN WRIGHT
                                                          GIZER & McRAE LLP

/s/ Lindsay D. Dragon                                    /s/ Sophia S. Lau
Lindsay D. Dragon, Esq.                                  Sophia S. Lau, Esq.
Nevada Bar No. 13474                                     Nevada Bar No. 13365
7785 W. Sahara Ave., Suite 200                           8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89117                                      Las Vegas, Nevada 89148
*Attorney for Plaintiff, Deutsche Bank*                  *Attorneys for Defendant, Fidelity National*
*National Trust Company, as Indenture*                   *Title Insurance Company*
*Trustee for American Home Mortgage*
*Investment Trust 2007-2*

IT IS SO ORDERED.

DATED: November 1, 2023

_____
U.S. District Judge